# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131471 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LAWRENCE DEE RIDER,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131471
COA: 268996
Wayne CC: 05-001709-01

On order of the Court, the application for leave to appeal the April 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918